IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLOBAL ARENA, LLC,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **ETERPRETING, LLC, CATHERINE FOY O'DONNELL, PATRICK HANAHAN AND ROBERT BEVILACQUA, JR.,**<br>　　　　**Defendants.** | **NO.  16-3634** |

### O R D E R

**AND NOW**, this 8th day of December, 2016, upon consideration of Defendants' Partial Motion to Dismiss (ECF No. 21), and the opposition thereto (ECF No. 22), **IT IS ORDERED** that Defendants' Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendants' Motion to Dismiss Count XI (Civil Conspiracy) is **DENIED**.

2. Defendants' Motion to Dismiss Counts VII (Accounting) Count X (Interference with Existing or Prospective Contractual Relations) is **GRANTED**.

3. It is **FURTHER ORDERED** that Counts VII  and Count X is **DISMISSED** against all Defendants

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**